# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

MICHAEL T. GRAVELY,

    Petitioner,

Case No. 2:11-cv-500

  -vs-

District Judge George C. Smith
Magistrate Judge Michael R. Merz

WARDEN, ROSS CORRECTIONAL INSTITUTION

    Respondent.

# TRANSFER ORDER

With the consent of District Judge Smith and both Magistrate Judges, the reference in the above-captioned habeas corpus action is hereby TRANSFERRED from the docket of Magistrate Judge Deavers to that of Magistrate Judge Merz.

January 18, 2013.

                                                                                                  s/ *Michael R. Merz*
                                                                                           United States Magistrate Judge